

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00452-CV

**IN THE INTEREST OF A.L.H.**, S.S.H., H.R.H., H.L.H, V.A.P., and R.J.R., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02055
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: October 21, 2020

APPEAL DISMISSED FOR WANT OF JURISDICTION

On September 10, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination that appellant contends was orally rendered on August 13, 2020. The clerk's record does not contain a signed final order terminating appellant's parental rights. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because it appeared no final order had been entered in the underlying case, on September 25, 2020, appellant was ordered to show cause in writing no later than October 5, 2020, why this appeal should not be dismissed for lack of jurisdiction. Our order cautioned appellant that if she failed to timely respond, this appeal would be dismissed for lack of jurisdiction.

Appellant has not responded to our order; therefore, the appeal is dismissed.  *See* TEX. R. APP. P. 5, 42.3(c).

PER CURIAM